IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| MICHELLE'S RESTAURANT OF GEORGETOWN, INC. and THE COMMUNITY CORNER d/b/a DISCOUNT ZONE,<br><br>                    Plaintiffs,<br>     v.<br><br>ADVANCED DISPOSAL SERVICES, INC., and ADVANCED DISPOSAL SERVICES SOLID WASTE SOUTHEAST, INC.,<br><br>                    Defendant. | Case No.: 4:13-cv-488-CDL |

### PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

COME NOW the Plaintiffs in the above-styled matter and, pursuant to Rule 41(a)(1)(A)(i) of the *Federal Rules of Civil Procedure*, hereby give notice of their voluntary dismissal of all claims against all Defendants without prejudice.

Dated:  March 18, 2014

                                        Respectfully submitted,

                                        /s/   Rodney E Miller
                                        Rodney E. Miller (Georgia Bar 779467)

1

**OF COUNSEL:**

**MCCALLUM, METHVIN & TERRELL, P.C.**
2201 Arlington Avenue South
Birmingham, Alabama 35205
Telephone:    (205) 939-0199
Facsimile:    (205) 939-0399
E-mail:       rem@mmlaw.net

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 18, 2014, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Kwende B. Jones, Esq.
Jennifer Ziemann, Esq.
**BURR & FORMAN, LLP**
171 Seventeenth St., NW, Suite 1100
Atlanta, GA  30363
(*Attorneys for Defendants Advanced Disposal Services South, Inc. and Advanced Disposal Services Solid Waste Southeast, Inc*.)

                                                       s/   Rodney E. Miller
                                                       **OF COUNSEL**